UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**GREAT AMERICAN INSURANCE COMPANY,**

      **Plaintiff,**

v.                      Case No:  6:14-cv-1412-Orl-41DAB

**DELPHINI CONSTRUCTION COMPANY, DELPHINI BUILDERS, INC., DELPHINI INVESTMENT GROUP, LLC, DELPHINI INDUSTRIAL PARK AT NORTHSTAR, LLC, DELPHINI INDUSTRIAL PARK AT BEARDALL, LLC, KENNETH M. DELP, II , KEVIN OHLHUES, AARON O'CONNELL and KENNETH M. DELP, III ,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Notice of Dismissal without Prejudice (Doc. 129). Pursuant to that Notice and Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice** as to Defendants Delphini Construction Company; Delphini Builders, Inc.; Delphini Investment Group, LLC; Delphini Industrial Park at Northstar, LLC; and Delphini Industrial Park at Beardall, LLC. It is further **ORDERED** that the Motion for Default Judgment as to Liability and Motion for Summary Judgment as to Damages (Doc. 115) and The Renewed Motion for Final Default Judgments (Doc. 126) are **DENIED as moot**. Further, the dismissal of the above-referenced parties renders the pending Report and Recommendation (Doc. 128) moot. The Clerk is directed to terminate these parties as Defendants and amend the case style accordingly.

Upon further review of the record, it appears that this dismissal resolves all remaining claims except those against Kenneth M. Delp III, against whom these proceedings have been stayed due to Mr. Delp's filing of bankruptcy. (*See* Suggestion of Bankr., Doc. 86; Sept. 29, 2015 Order, Doc. 111, at 2 n.2). Therefore it is additionally **ORDERED** that **on or before June 9, 2016**, Plaintiff shall notify the Court whether it intends to proceed with the claims against Kenneth M. Delp III, and, if so, the status of Mr. Delp's bankruptcy proceedings.

**DONE** and **ORDERED** in Orlando, Florida on May 25, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties